# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DIFF SCALE OPERATION RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | No. 2:18-CV-00060-JRG-RSP <br> (lead case) |
| DIFF SCALE OPERATION RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CALIX, INC., <br><br> Defendant. | No. 2:18-CV-00059-JRG-RSP <br> (member case) |

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Having considered Plaintiff DIFF Scale Operation Research, LLC's and Defendant Calix, Inc.'s Joint Motion to Dismiss With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) [Dkt. # 53], the Court **GRANTS** the motion and **DISMISSES** all claims asserted in the matter by DIFF against Calix **WITH PREJUDICE**. All attorneys' fees, costs, and expenses must be borne by the incurring party.

**SIGNED** this 20th day of June, 2018.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE