AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Marshall Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-cv-59 | DATE FILED<br>03/08/2018 | U.S. DISTRICT COURT<br>Eastern District of Texas, Marshall Division |
|---|---|---|
| PLAINTIFF<br>DIFF Scale Operation Research, LLC | | DEFENDANT<br>Calix, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,407,983 B1 | 6/18/2005 | DIFF Scale Operation Research, LLC |
| 2 | 6,847,609 B1 | 1/25/2005 | DIFF Scale Operation Research, LLC |
| 3 | 6,940,810 B1 | 9/6/2005 | DIFF Scale Operation Research, LLC |
| 4 | 6,990,110 B2 | 1/24/2006 | DIFF Scale Operation Research, LLC |
| 5 | 7,239,627 B2 | 7/3/2007 | DIFF Scale Operation Research, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| the Court GRANTS the motion and DISMISSES all claims asserted in the matter by DIFF against Calix WITH PREJUDICE |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>ch | DATE<br>6/20/18 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Marshall Division__ on the following

☐ Trademarks or ☒ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-cv-59 | DATE FILED<br>3/8/2018 | U.S. DISTRICT COURT<br>Eastern District of Texas, Marshall Division |
|---|---|---|
| PLAINTIFF<br>DIFF Scale Operation Research, LLC | | DEFENDANT<br>Calix, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,216,166 B1 | 4/10/2001 | DIFF Scale Operation Research, LLC |
| 2  6,233,221 B1 | 5/15/2001 | DIFF Scale Operation Research, LLC |
| 3  7,170,894 B2 | 1/30/2007 | DIFF Scale Operation Research, LLC |
| 4  6,859,430 B1 | 2/22/2005 | DIFF Scale Operation Research, LLC |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**